168 A.3d 1184

STATE OF NEW JERSEY IN THE INTEREST OF A.R.,
A MINOR. (STATE OF NEW JERSEY–PETITIONER)

May 19, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002238–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

168 A.3d 1184

THE ESTATE OF JOAN RUSSO BY NICHOLAS RUSSO, ADMINIS-
TRATOR AND ADMINISTRATOR AD PROSEQUENDUM OF
THE ESTATE OF JOAN RUSSO AND NICHOLAS RUSSO, INDI-
VIDUALLY, PLAINTIFFS-PETITIONERS, v. SOMERSET MEDI-
CAL CENTER; DR. KIRAN CHAUDHRY, AND DR. NARINDER
DHILLON-ATHWAL, DEFENDANTS-RESPONDENTS, AND
STAFF OF SOMERSET MEDICAL CENTER, INCLUDING
NURSES AND OTHER HEALTH CARE PERSONNEL, ET AL.,
DEFENDANTS.

May 19, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004347–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.